UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

RECEIVED AND FILED
SEP 18 11 58 AM '13
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

In re: )
) Bankruptcy No.: 04-10492-MKN
) Chapter 7
LOVE N CARE, INC. )
) MOTION TO WITHDRAW MONEY
) UNDER 28 U.S.C. 2042
)
) Hearing Date:
Debtor(s). ) Hearing Time:
)

**ADAMS & COHEN, LLC,** Applicant, states that there was a dividend check in the amount of $67,192.48 in the above-named case issued to Thomas Kummer. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, U.S. Bankruptcy Court.

**PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

[ * ] Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

[ ] ~~Claimant is not the creditor but is entitled to payment of these moneys because (Please stated the basis for your claim to the moneys)~~

The creditor did not receive the initial divided checks in the above case for the following reason:

The original dividend checks were sent to the creditor at 2164 Siesta Ave., Las Vegas, NV 89109.

The creditors zip code was incorrect. The correct zip code is 89169.

Please attach copies of any supporting documentation. [1]

Applicant requests the Court to enter an order authorizing payment of the pro rata dividend upon this claim to creditor, Thomas Kummer c/o Adams & Cohen, LLC, P.O. Box 546293, Miami Beach, FL 33154.

Date: September 16, 2013

                                    Jairo Camargo, Director of Adams & Cohen, LLC
                                    Attorney-in-Fact for Thomas Kummer
                                    P.O. Box 546293
                                    Miami Beach, FL 33154
                                    Telephone: (888) 978-9990
                                    E-Mail: adamscohen@live.com

---

[1]
(i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:                                        )
                                              )    Bankruptcy No.: 04-10492-MKN
                                              )    Chapter 7
LOVE N CARE, INC.                             )
                                              )
            Debtor(s)                         )
_____ )

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $67,192.48 constituting an unclaimed dividend is declared due to Thomas Kummer c/o Adams & Cohen, LLC.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Navada, pay this unclaimed dividend to the order of

Thomas Kummer
c/o Adams & Cohen, LLC
P.O. Box 546293
Miami Beach, FL 33154

###